1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MANUEL ESCAMILLA, an
individual,

12
Plaintiff,

13

v.

14

LOWE'S HOME CENTERS, LLC,

15 | DOES 1 through 50, inclusive

16
Defendants.

17

| Case No.: 21-CV-1383 MMA JLB

*[San Diego County Superior Court Case No. 37-2021-00023619-CU-PO-NC]*

**[PROPOSED] ORDER ADVANCING/CONTINUING ENE**

Complaint Filed: May 28, 2021

18        Pursuant to the parties' Joint Motion to Advance or Continue ENE, and good

19  cause appearing therefore, the Early Neutral Evaluation (ENE) in this matter, currently

20  set for September 30, 2021, at 1:45 p.m., is hereby advanced/continued to

21  _____, 2021, at _____ a.m./p.m.  The parties' ENE statements are due no

22  later than _____, 2021.

23

24  Dated: _____, 2021          Hon. _____

25                                                      Judge Jill L. Burkhardt
                                                        United States Magistrate Judge

26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1.  At the time of service, I was at least 18 years of age and **not a party to this legal action.**
2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3.  I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER ADVANCING/CONTINUING ENE**

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Thomas D. Luneau, Esq. <br> CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP <br> 110 Laurel Street <br> San Diego, CA  92101 <br> Tel: (619) 238-1811 <br> Fax: (619) 544-9232 <br> Email: tdl@cglaw.com <br> Email: eservice@cglaw.com <br> Email: jsosa@cglaw.com | Attorneys for Plaintiff, MANUEL ESCAMILLA, an individual |

5.  a.   **X**     **By e-mail or electronic transmission.**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused all of the pages of the above-entitled document to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original documents in our office.

6.  I served the documents by the means described in item 5 on *(date): August 23, 2021*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 8/23/2021            DARLENE MELARA
 DATE            (TYPE OR PRINT NAME)            (SIGNATURE OF DECLARANT)

I:\32000-000\32171\Pleadings\FEDERAL\[Proposed] Order on Joint Motion to Continue ENE (2nd).docx

THARPE & HOWELL, LLP <br> 15250 Ventura Boulevard, Ninth Floor <br> Sherman Oaks, California 91403-3221

[PROPOSED] ORDER ADVANCING/CONTINUING ENE
Case No.: 21-CV-1383 MMA JLB