UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESCAMILLA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-cv-01383-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CERTAIN DISCOVERY DEADLINES**<br><br>**[ECF No. 16]** |

Before the Court is a joint motion to continue certain discovery deadlines. (ECF No. 16.) Good cause appearing, the joint motion is **GRANTED**. Accordingly, the Scheduling Order (ECF No. 14) is modified as follows:

1. The parties must designate their respective experts in writing by **March 22, 2022**.

2. By **March 22, 2022**, each party must comply with the disclosure provisions in Rule 26(a)(2)(B) and (C) of the Federal Rules of Civil Procedure.

3. The date for exchange of rebuttal experts must be by **April 5, 2022**.

4. Any party must supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **April 5, 2022**.

5. All discovery must be completed by all parties by **May 18, 2022**.

6. All other deadlines and requirements set forth in the Scheduling Order remain in effect.

**IT IS SO ORDERED.**

Dated: January 10, 2022

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge