1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL ESCAMILLA,<br><br>                                    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                                    Defendant. | Case No.:  21-cv-1383-MMA (JLB)<br>**ORDER DIRECTING PARTIES TO SUBMIT A JOINT PROPOSED PRETRIAL SCHEDULING ORDER** |

Plaintiff Manuel Escamilla brings this action against Defendant Lowe's Home Centers, LLC.  Doc. No. 1.  Discovery is now closed, *see* Doc. No. 17, and the dispositive pretrial motions deadline has passed, *see* Doc. No. 14 at 3.  On May 13, 2022, Magistrate Judge Jill L. Burkhardt held a mandatory settlement conference, and the case did not settle.  *See* Doc. No. 25.  Thus, the Court intends to issue a Pretrial Scheduling Order and set this case for trial.

Accordingly, the Court **DIRECTS** the parties to meet and confer and submit a joint proposed pretrial scheduling order to the Court on or before **June 22, 2022**.  The parties are further directed to refer to the undersigned's Civil Chambers Rule X in preparing the proposed order and to lodge it via email to the Court's e-file email address,

efile_anello@casd.uscourts.gov, in Microsoft Word format.  The Court will then issue a Pretrial Scheduling Order in due course.

     **IT IS SO ORDERED.**

Dated:  June 13, 2022

HON. MICHAEL M. ANELLO
United States District Judge