# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESCAMILLA,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No.: 21-cv-1383-MMA (JLB)<br><br>**ORDER DISMISSING CASE** |

On September 9, 2022, Plaintiff Manuel Escamilla and Defendant Lowe's Home Centers, LLC jointly filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* Doc. No. 31. Accordingly, the Court **DISMISSES** this action in its entirety with prejudice. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

**IT IS SO ORDERED.**

Dated: September 9, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge